# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**JEFFREY SMITH,**

        Plaintiff,

        V.        CASE NUMBER: **09-C-538**

**MEDICAL BENEFIT ADMINISTRATORS GROUP, INC.**
**d/b/a Auxiant,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that judgment is entered in favor of the defendant and against the plaintiff on the plaintiff's claim that the defendant violated the Employee Retirement Income Security Act ("ERISA").**

**The defendant's motion for summary judgment is GRANTED.**

**The defendant's request for attorney fees is DENIED.**

**The plaintiff's motion for summary judgment is DENIED.**

**This action is hereby DISMISSED.**

| | |
|---|---|
|    April 19, 2012 | JON W. SANFILIPPO |
| Date | Clerk |
| | |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |